# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY R. WERNER,<br><br>　　　　　　　Plaintiff,<br>v.<br>RED BLUE MEDIA INC.; and DOES 1-10, inclusive,<br><br>　　　　　　　Defendant. | Case No. 2:20-cv-01024-SVW-AFM<br><br>**ORDER** |

　　　Having considered the Joint Motion to Modify the Scheduling Order and good cause appearing,

　　　IT IS HEREBY ORDERED as follows:

The trial date set forth in the Civil Trial Preparation Order [Dkt. No. 23] is hereby extended to June 1, 2021 at 9:00 a.m. The pretrial conference date is hereby rescheduled to May 24, 2021 at 3:00 p.m .

DATED: January 15, 2021

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Stephen V. Wilson
　　　　　　　　　　　　　　　　　　United States District Court Judge